# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                                                                            Case No. 6:10-cv-910-Orl-31GJK

**ROBERT P. KOSMAS,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Default Final Judgment against Robert P. Kosmas (Doc. No. 9) filed September 29, 2010.

On November 23, 2010, the United States Magistrate Judge issued a report (Doc. No. 12) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Final Judgment against Robert P. Kosmas is GRANTED.

3. The Clerk is directed to enter judgment for the Plaintiff and against Robert P. Kosmas as detailed in the Report and Recommendation and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 16th day of December, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE